IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RENEÉ PIPKINS, EVERITT PIPKINS,
THERON JACKSON, LAWHITNEY JOHNSON,
ADRIANA THOMAS, REGINALD AUTREY,
DARRYL CARTER, DIANE JOHNSON,
KIMBERLY HORTON, THERESA HAWTHORNE,
AND ALL OTHERS SIMILARLY SITUATED,                                PLAINTIFFS

VERSUS                           CIVIL ACTION NO. 5:15-CV-02722-DDD-MLH

JAMES E. STEWART, SR., IN HIS OFFICIAL CAPACITY
AS DISTRICT ATTORNEY OF CADDO PARISH,
(FIRST JUDICIAL DISTRICT OF LOUISIANA),                           DEFENDANT

# NOTICE OF CONSTITUTIONAL QUESTION

PLAINTIFFS Reneé Pipkins et al., pursuant to FED.R.CIV.P. 5.1, hereby give notice to the Honorable Jeff Landry, Attorney General of Louisiana, of their constitutional challenge to La. C. Cr. P. art. 795(C), (D) and (E) in the Third Amended Complaint (Doc. 18) filed in this action.

Plaintiffs' constitutional challenge to art. 795 (C), (D) and (E) is pled in the Third Amended Complaint at ¶¶74-79, ¶¶113- 120, and ¶125(G). Plaintiffs request the following relief:

> Entry of a declaratory judgment that Article 795 (C), (D), and (E) of the Louisiana Code of Criminal Procedure violate the rights of qualified African-Americans to be free from discrimination on the basis of race in jury selection in criminal trials, to the extent that those sections (1) allow a peremptory challenge to be exercised against a qualified African-American juror, even if race is part of the motivation for the jury strike, so long as some "race-neutral" reason is given for the challenge; (2) allow a peremptory challenge to be exercised against a qualified African-American juror on account of race, if both the District Attorney and the defendant's attorney strike the same juror.

Third Amended Complaint at 25, ¶125(G). [1]

This Notice is being served by certified mail to the Honorable Jeff Landry, Attorney General of Louisiana, P.O Box 94005, Baton Rouge, LA 70804. It is also being served by electronic mail to civilinfo@ag.state.la.us and LitInfo@ag.state.la.us.

This the 9th day of August, 2016.

          Respectfully submitted,

          */s/James W. Craig*
          James W. Craig, Bar No. 33687
          Emily M. Washington

          Roderick & Solange MacArthur Justice Center
          4400 S. Carrollton Ave.
          New Orleans, LA 70119
          (504) 620-2259 (p)
          (504) 208-3133 (f)

          jim.craig@macarthurjustice.org
          emily.washington@macarthurjustice.org

          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the above and foregoing Notice of Constitutional Question to be served upon counsel for Defendant by filing same via the Electronic Case Filing system in the United States District Court for the Western District of Louisiana.

This the 9th day of August, 2016.

          */s/James W. Craig*

---

[1] The Third Amended Complaint is Doc. 18 on this Court's docket. It is attached as Exhibit 1 to this Notice.